1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                    No. C 12-416 SI (pr)

OBED DURAN,                                    **ORDER OF TRANSFER**

    Plaintiff.

_____/

   Obed Duran filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at Mule Creek State Prison in Ione, California. Ione is in Amador County, and within the venue of the Central District of California. No defendants are named in the complaint. None of the events or omissions giving rise to the complaint occurred in, the Northern District and no defendant is alleged to reside in this district. Venue therefore would be proper in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

   IT IS SO ORDERED.

Dated: April 18, 2012

             _____
             SUSAN ILLSTON
            United States District Judge