IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,　　　　　　　No. C 12-02223 SI

  Plaintiff,　　　　　　　　　　　　　　　　**JUDGMENT**

 v.

MICHAEL D. PARAYNO,

  Defendant.
             /

  Plaintiff's motion for default judgment has been granted. Judgment in the amount of $5,200 is entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 10, 2012

                  SUSAN ILLSTON
                  UNITED STATES DISTRICT JUDGE