IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,

    Plaintiff,

  v.

MICHAEL D. PARAYNO,

    Defendant.

         No. C 12-02223 SI

         **JUDGMENT**

Plaintiff's motion for default judgment has been granted. Judgment in the amount of $5,200 is entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 10, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE